No. 10–581. CE DESIGN, LTD. *v.* PRISM BUSINESS MEDIA, INC. C. A. 7th Cir. Certiorari denied. 

No. 10–582. TIFFEE ET AL. *v.* CITIZENS TELECOMMUNICATIONS CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–583. AYANBADEJO ET UX. *v.* NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–584. JASSO *v.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–586. JOHNSON *v.* POTTER, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied. 

No. 10–587. PATEL *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. 

No. 10–599. ONYEABOR *v.* CENTENNIAL POINTE OWNER'S ASSN. ET AL. Ct. App. Utah. Certiorari denied. 

No. 10–600. PIPER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 10–601. MEE INDUSTRIES INC. *v.* DOW CHEMICAL CO. C. A. 11th Cir. Certiorari denied. 

No. 10–602. DEEGAN ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 10–607. SULLIVAN *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. 

No. 10–608. GREEN *v.* RHEE. Ct. App. D. C. Certiorari denied.